IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
VENICE GENOA TILE, LLC., an
Oregon limited liaability
copany,
                                          Civil No. 08-482-HU
        Plaintiff,

     v.                                                ORDER

PANARIAGROUP Industrie
Ceramiche S.p.A., an
Italian corporation,

        Defendant.
```

MARSH, Judge.

Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on September 24, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

1 - ORDER

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #23. Defendant's Motion (#8) to Dismiss is GRANTED for lack of personal jurisdiction.

IT IS SO ORDERED.

DATED this  29    day of   October       , 2008.

                                          /s/  Malcolm F. Marsh      
                                        Malcolm F. Marsh
                                        United States District Judge